IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT RUBINO,<br><br>    Plaintiff,<br><br>  v.<br><br>KAMALA D. HARRIS,<br><br>    Defendant. | No. C 14-05553 EJD (PR)<br><br>ORDER REVOKING *IN FORMA PAUPERIS* STATUS ON APPEAL |

Plaintiff, a California state prisoner, filed the instant civil rights actions pursuant to 42 U.S.C. § 1983.  On March 28, 2016, the Court granted Defendant's motion for judgment on the pleadings, finding the action was barred under Heck v. Humphrey, 512 U.S. 477 (1994) and Wilkinson v. Dotson, 544 U.S. 74 (2005).  (Docket No. 85.)  Plaintiff appealed the matter to the Ninth Circuit Court of Appeals.  The Ninth Circuit has referred this matter back to this Court for the limited purpose of determining whether in forma pauperis status should continue for the appeal.  (Docket No. 89.)  The Court finds the appeal is frivolous, and therefore REVOKES Plaintiff's in forma pauperis status.  See 28 U.S.C. § 1915(a)(3).

The Clerk shall send a copy of this order to the Ninth Circuit.

DATED:  5/9/2016

*[signature]*
EDWARD J. DAVILA
United States District Judge